# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: **Ricardo Vito Pineda**
**Joan D. Pineda**

Case No. **10-71236**

**CHAPTER 13 PLAN - AMENDED**

Debtor(s).

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ __145.00__ each month for __60__ months.
   Debtor(s) elect a voluntary wage order. _____.

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:
   (a) On allowed claims for expenses of administration required by 11 USC §507.
   (b) On allowed secured claims, which shall be treated and valued as follows:

| §506 | Non §506 | Name | Value of Collateral | Claim Amount | Pre-confirmation Adequate Protection | Post confirmation Payments | Estimated Mortgage Arrears | Interest Rate (If Specified) |
|---|---|---|---|---|---|---|---|---|
| | | -NONE- | | | | | | |

With respect to secured claims per §506, valuation stated shall bind unless a timely objection to confirmation is filed. With respect to non §506 secured claims as referenced in §1325, the claim, to the extent allowed, shall control. If an interest rate is not specified, 5/6% per month (10% per annum) will be paid. A secured creditor shall retain its lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section §1328.

   (c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507. Priority claims shall be paid in full except to the extent allowed otherwise under 11 U.S.C. § 1322(a)(4).
   (d) On allowed general unsecured claims the debtor(s) estimate(s) the general unsecured claims will be paid **Pro Tanto** %.

3. The following executory contracts are rejected. The debtor(s) waive the protections of the automatic stay provided in 11 U.S.C. § 362 to enable the affected creditor to obtain possession and dispose of its collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).
   **-NONE-**

4. The debtor(s) will pay directly the following fully secured creditors and lessors:

| Name | Monthly Payment |
|---|---|
| **Bank Of America** | **NONE** |
| **Chrysler Financial** | **276.50** |
| **East Bay Postal Credit** | **158.00** |
| **Onewest Bank** | **1,387.88** |

5. The date this case was confirmed will be the effective date of the plan.

6. The debtor(s) elect to have property of the estate revest in the debtor(s) upon plan confirmation. Once the property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose pursuant to 11 USC § 1322(b): **\*\*The value of the property located at 1650 Burkhart Ave., San Leandro, California, is $335,000.00 \*\*The Debtors will file a separate Motion to Value Collateral to avoid the 2nd Deed of Trust held by Bank of America on the grounds that such mortgage is wholly unsecured. The avoidance of the 2nd Deed of Trust will have no affect upon the 1st Deed of Trust held by Onewest Bank per the U.S. Bankruptcy code. The valuation stated above shall be binding for the purposes of such a motion.**
   **Special Intentions:**
   **Hsbc - Best Buy (acct. #ending 2150): Debtors will pay claim at 100% - to protect co-debtor.**

Dated: December 17, 2010    **Ricardo Pineda**         **Joan Pineda**
                                (Debtor)                  (Debtor)

I/We __**Steven Jacobs 76871**__ am/are legal counsel for the above named debtors(s) and hereby certify that the foregoing Chapter 13 Plan is a verbatim replica of this N.D. Cal., Oakland Division Model Chapter 13 Plan (October 2005), promulgated pursuant to B.L.R. 1007-1.

                                        **Steven Jacobs**
                                        Attorney for Debtor(s)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

Case: 10-71236   Doc# 18   Filed: 12/17/10   Entered: 12/17/10 14:28:42   Page 1 of 2

# United States Bankruptcy Court
## Northern District of California

In re  **Ricardo Vito Pineda**
     **Joan D. Pineda**
              Debtor(s)

Case No. **10-71236**
Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Carolina Rangel**, declare that I am a resident of or employed in the County of **Alameda**, State of **California**. My address is **14895 E.14th St., Ste. 390, San Leandro, CA 94578**. I am over the age of eighteen years of age and am not a party to this case.

On December 17, 2010, I served the **Amended Chapter 13 Plan** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **San Leandro, CA** addressed as follows:

**Martha G. Bronitsky**
**Chapter 13 Trustee**
**P.O. Box 5004**
**Hayward, CA 94545**
**Office of the US Trustee**
**1301 Clay Street, Suite 690N**
**Oakland, CA 94612**

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct to the best of my knowledge, information and belief. This declaration was executed on December 17, 2010.

   /s/ Carolina Rangel
**Carolina Rangel**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy